# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARAH EATON, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14-CV-1810 SNLJ |
| ) | |
| CREDIT MANAGEMENT, LP, ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM AND ORDER

Plaintiff brought this action against defendant Credit Management, LP for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA") and alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA"). Plaintiff brought a motion to compel and for sanctions against defendant on September 29, 2015 (#21). On October 6, 2015, plaintiff filed a consent motion for extension of time to complete fact discovery and for an additional week for defendant to respond to the motion to compel (#23). Plaintiff stated in that motion that defendant "has agreed to provide supplemental discovery responses." Nothing further has been filed in the case.

It is unclear whether plaintiff's motion to compel has been mooted by defendant's discovery responses. Even if defendant has provided the discovery plaintiff sought,

1

sanctions may still be appropriate if defendant failed to comply with its discovery obligations.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file a report to the Court regarding the status of its motion to compel no later than November 30, 2015.

**IT IS FURTHER ORDERED** that defendant shall file a response to plaintiff's motion to compel and show cause why sanctions should not be imposed for failure to comply with defendant's discovery obligations no later than November 30, 2015.

Dated this  19th  day of November, 2015.

                                                STEPHEN N. LIMBAUGH, Jr.
                                                UNITED STATES DISTRICT JUDGE